UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEVEN I. HOUSE,

           Plaintiff,

vs.                         Case No.   2:04-cv-253-FtM-33SPC

CITY OF ARCADIA; BRUCE COLLINS;
MATTHEW ANDERSON; DEBBIE FUGATE;
DELSHAY TURNER; JOSEPHINES OF
DESOTO, INC.; DAVID SHOFFNER; ROSS
HAMRICK,

           Defendants.
_____

## AMENDED ORDER

This matter comes before the Court on consideration of United States Magistrate Judge Sheri Polster Chappell's Report and Recommedation (Doc. #29), entered on May 5, 2005, recommending that Defendants City of Arcadia, Bruce Collins, Matthew Anderson, Debbie Fugate and Delshay Turner's Motion for Judgment on the Pleadings (Doc. #19) be granted and that the underlying State law claims be dismissed without prejudice for lack of supplemental jurisdiction. The Plaintiff filed Plaintiff's Responses and Objections to the Magistrate's Report and Recommendations on May 31, 2005 (Doc. #35).

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983).  In the absence of specific

objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge, and the recommendation of the magistrate judge regarding the motion.

Accordingly, it is now

**ORDERED, ADJUDGED, and DECREED:**

1. United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #29) is **ACCEPTED** and **ADOPTED.**

2. Defendants City of Arcadia, Bruce Collins, Matthew Anderson, Debbie Fugate and Delshay Turner's Motion for Judgment on the Pleadings (Doc. #19) is **GRANTED**. The underlying State law claims are **DISMISSED without prejudice** for lack of supplemental jurisdiction.

3.   The Clerk is directed to enter judgment accordingly and close the file.  The Clerk is further directed to terminate all previously scheduled deadlines and pending motions.

DONE and ORDERED in Chambers in Fort Myers, Florida, this 9th day of June, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Parties of Record